An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY BARONE,
                   Appellant,
       vs.
STEVE LLOYD; REAL PROPERTY
MANAGEMENT; TODD WEAVER;
JOANNIE FUSELLA LLOYD; AND
AMANDA OLEN,
                 Respondents.

No. 68977

**FILED**

NOV 03 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
       DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting a motion to dismiss or in the alternative enforce a settlement agreement. Eighth Judicial District Court, Clark County; Susan Scann, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed more than thirty days after service of written notice of entry of the judgment or order. *See* NRAP 4(a)(1); NRAP 26(c). The district court's order was filed and written notice of entry was served electronically on August 24, 2015. Appellant's notice of appeal was therefore due by September 23, 2015. Appellant filed the notice of appeal on October 5, 2015. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

15- 33399

cc:    Hon. Susan Scann, District Judge
        Anthony Barone
        Brownstein Hyatt Farber Schreck, LLP/Las Vegas
        Albright Stoddard Warnick & Albright
        Eighth District Court Clerk